**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JOHN RIGBY,** ) | |
| ) | |
|     **Plaintiff,** ) | Case  No. EDCV 09-00846 AJW |
| ) | |
|     v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
|     **Defendant.** ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

January 21, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge